REALTY ASSOCIATES SECURITIES CORPORATION, Plaintiff, *v.* JAYBAR REALTY CORPORATION et al., Defendants; M. W., INC., Appellant and Respondent, and FRANJU REALTY CORPORATION et al., Respondents and Appellants.

Submitted January 9, 1940; decided January 23, 1940.

604

*Benjamin L. Sandberg* and *Allen H. Suffern* for M. W., Inc., appellant and respondent.

*Emil Woldar* for Franju Realty Corporation et al., respondents and appellants.

Order affirmed, without costs; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, FINCH, RIPPEY, SEARS, LEWIS and CONWAY, JJ.